# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:25-cv-00068-MR-WCM

| | |
|---|---|
| LINDA CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| NORTH CAROLINA DEPARTMENT ) | |
| OF HEALTH AND HUMAN SERVICES, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendants' Motion to Dismiss the Second Amended Complaint [Doc. 19] and the Magistrate Judge's Memorandum and Recommendation [Doc. 23] regarding the disposition of the Motion to Dismiss.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the above-referenced motion and to submit a recommendation for its disposition.

On March 3, 2026, the Magistrate Judge issued a Memorandum and Recommendation, recommending that the Motion to Dismiss be granted in part and denied in part. [Doc. 23 at 37]. The parties were advised that any

objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. [Id. at 38]. On March 17, 2026, the Defendants timely filed an objection requesting that the Court modify the Magistrate Judge's recommended disposition and dismiss the Plaintiff's breach of contract claim. [Doc. 24]. For grounds, the Defendants contend that the Plaintiff's conclusory allegations are insufficient to establish the existence of a contract and that the Plaintiff consented to the dismissal of her breach of contract claim. [Id. at 3-6]; see also [Doc. 20 at 24 ("Plaintiff consents to dismissal, without prejudice, of the following claims as against Defendant NCDHHS: . . . Breach of Contract Count VIII.")]. The deadline for the Plaintiff to file a reply to the Defendants' objection has now passed, and the Plaintiff has not filed a reply.

After a careful review of the Memorandum and Recommendation, the Court concludes that the Defendants' objection should be sustained, and in light of the Plaintiff's concession, the Plaintiff's breach of contract claim should be dismissed. The Court further concludes that the Magistrate Judge's proposed conclusions of law are otherwise correct and consistent with current case law. Accordingly, the Court will accept in part the Magistrate Judge's recommendation and modify the recommendation as to

2

the disposition of the Plaintiff's breach of contract claim.  The Defendants' Motion to Dismiss will therefore be granted in part and denied in part.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 23] is **ACCEPTED IN PART** and **MODIFIED IN PART**.  The Defendants' Motion to Dismiss the Second Amended Complaint [Doc. 19] is **GRANTED IN PART** and **DENIED IN PART**.  The motion is **DENIED** as to Counts III and X.  The motion is **GRANTED** as to all other claims.

**IT IS SO ORDERED**.

Signed: May 20, 2026

Martin Reidinger
Chief United States District Judge

3